File No.: 1075-1792
**Dvorak & Associates, LLC**
467 Middlesex Avenue
Metuchen, NJ 08840
(732) 317-0130
(732) 317-0140 (FAX)
Attorneys for Defendants, Detective Brian Jaremczak, Detective Shayne Bodnar, Detective Patrick Harris, Detective Nicole Hubner, Patrolman Jean Rastegarpanah, Detective Juan Carlos Bonilla, Jr., Patrolman Robert Besner and Sergeant Richard Wojaczyk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY MOE whose initials are K.O., JANE DOE, whose initials are I.P., a minor by her Guardian ad Litem K.O. and K.O., Individually<br><br>Plaintiff,<br><br>v.<br><br>TOWNSHIP OF WOODBRIDGE, its agents, servants and/or employees, DETECTIVE JUAN CARLOS BONILLA, JR., in his official and individual capacity, DETECTIVE BRIAN JAREMCZAK, in his official and individual capacity, DETECTIVE SHAYNE BODNAR, in his official and individual capacity, DETECTIVE PATRICK HARRIS, in his official and individual capacity, DETECTIVE NICOLE HUBNER, in her official and individual capacity, PATROLMAN JEIAN RASTEGARPANAH, in his official and individual capacity, CHIEF LAW ENFORCEMENT OFFICER CAPTAIN ROY HOPPOCK in his official supervisory and individual capacity, DEPUTY POLICE DIRECTOR JOSEPH NISKY, in his official supervisory and individual capacity, POLICE DIRECTOR ROBERT HUBNER, in his official supervisory and individual capacity, CITY OF SOUTH AMBOY, its agents servants and/or employees, PATROLMAN ROBERT BESNER, in his official and individual capacity, SARGEANT RICHARD WOJACZYK, in his official and individual capacity, POLICE CHIEF DARREN LAVIGNE, in his official supervisory and individual capacity, STATE OF JERSEY, its agents, servants and/or employees, KEISHA RIDLY, in her official and individual capacity, JACQUELINE CARDONA, in her official supervisory and individual capacity, CARMEN DIAZ-PETTI, in her official supervisory and individual capacity, CHRISTINE NORBUT BEYER, M.S.W., in her official supervisory and individual capacity, ABC CORP. 1-10, POLICE OFFICER JOHN DOE 1-20, in his/her official and individual capacities, SUPERIOR POLICE OFFICER ROB ROE 1-10, in his/her official supervisory and individual capacity, DEF CORP 1-10, GHI CORP. 1-10, BOB DOE 1-10 in his/her official and individual capacities, SUPERVISOR PAULA POE 1-10 in his/her official supervisory and individual capacity (the last seven being fictitious designations) | Civil Action No.: 2:19-cv-14139<br><br>CONSENT ORDER FOR EXTENSION OF TIME TO ANSWER ~~OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT~~ |

THIS MATTER having come before the United States District Court for the District of New Jersey on the application of Dvorak & Associates, LLC, attorneys for Defendants, Detective Brian Jaremczak, Detective Shayne Bodnar, Detective Patrick Harris, Detective Nicole Hubner, Patrolman Jean Rastegarpanah, Detective Juan Carlos Bonilla, Jr., Patrolman Robert Besner and Sergeant Richard Wojaczyk, for an extension of time within which to answer ~~or otherwise respond to Plaintiff's Complaint,~~ for a period of thirty (30) days, and Plaintiff having consented to the form and entry of this Order; and for other good cause shown;

IT IS on this __6th__ day of __September__, 2019;

**ORDERED** that the time within which Defendants, Detective Brian Jaremczak, Detective Shayne Bodnar, Detective Patrick Harris, Detective Nicole Hubner, Patrolman Jean Rastegarpanah, Detective Juan Carlos Bonilla, Jr., Patrolman Robert Besner and Sergeant Richard Wojaczyk, must answer ~~or otherwise respond to the Complaint,~~ be and hereby is further extended to a period of thirty (30) days from the date of the entry of this Order.

HON. JOSEPH A. DICKSON, U.S.M.J.

We hereby consent to the form and entry
of the within Order:

**LAW OFFICES ROSEMARIE ARNOLD**

ROSEMARIE ARNOLD, ESQ.
Attorney for Plaintiff, Mary Moe whose initials
are K.O. JANE DOE, whose initials are I.P., a minor
by her Guardian ad Litem K.O. and K.O., Individually

**DVORAK & ASSOCIATES, LLC**

LORI A. DVORAK, ESQ.
Attorneys for Defendants, Detective Brian
Jaremczak, Detective Shayne Bodnar,
Detective Patrick Harris, Detective Nicole
Hubner, Patrolman Jean Rastegarpanah,
Detective Juan Carlos Bonilla, Jr.,
Patrolman Robert Besner and Sergeant
Richard Wojaczyk