**Alan J. Baratz, Esq.**
**Attorney I.D. No: 031451982**
**WEINER LAW GROUP LLP**
**629 Parsippany Road**
**P.O. Box 438**
**Parsippany, NJ 07054-0438**
**Phone: (973) 403-1100     Fax: (973) 403-0010**
**Attorneys for defendants, Township of Woodbridge, Captain Roy Hoppock, Police Director Robert Hubner, Deputy Police Director Joseph Nisky, the City of South Amboy and Police Chief Darren Lavigne**
**Our File No: 88742**

1676317v1  88742 stipulation ajb 9-10-19

| | |
|---|---|
| MARY MOE, whose initials are K.O., JANE DOE, whose initials are I.P., a minor by her Guardian ad Litem K.O. and K.O., Individually,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF WOODBRIDGE, its agents, servants and/or employees, DETECTIVE JUAN CARLOS BONILLA, JR., in his official and individual capacity, DETECTIVE BRIAN JAREMCZAK, in his official and individual capacity, DETECTIVE SHAYNE BODNAR, in his official and individual capacity, DETECTIVE PARTRICK HARRIS, in his official and individual capacity, DETECTIVE NICOLE HUBNER, in her official and individual capacity, PATROLMAN JEIAN RASTEGARPANAH, in his official and individual capacity, CHIEF LAW ENFORCEMENT OFFICER CAPTAIN ROY HOPPOCK, in his official, supervisory and individual capacity, DEPUTY POLICE DIRECTO JOSEPH NISKY, in his official, supervisory and individual capacity, POLICE DIRECTOR ROBERT HUBNER, in his official, supervisory and individual capacity, CITY OF SOUTH AMOBY, its agents, servants and/or employees, PATROLMAN ROBERT BESNER, in his official and individual capacity, SARGEANT RICHARD WOJACZYK, in his official and individual capacity, POLICE CHIEF DARREN LAVIGNE, in his official, supervisory and individual capacity, STATE OF NEW JERSEY, its agents, servants and/or | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION No: 2:19-cv-14139<br><br>**STIPULATION**<br>**OF VOLUNTARY**<br>**DISMISSAL WITHOUT**<br>**PREJUDICE** |

M. Moe et al. v. Township of Woodbridge et al.                                Page 2
Stipulation of Dismissal Without Prejudice

> employees, KEISHA RIDLY, in her official and individual capacity, JACQUELINE CARDONA, in her official supervisory and individual capacity, HAYDEE ZAMORA-DALTON, in her official supervisory and individual capacity, CARMEN DIAZ-PETTI, in her official supervisory and individual capacity, CHRISTINE NORBUT BEYER, M.S.W., in her official supervisory and individual capacity, ABC CORP. 1-10, POLICE OFFICER JOH DOE 1-20, in his/her official and individual capacities, SUPERIOR POLICE OFFICER ROB ROE 1-10, in his/her official supervisory and individual capacity, DEF CORP 1-10, GHI CORP, 1-10, BOB BOE 1-10 in his/her official and individual capacities, SUPERVISOR PAULA POE 1-10 in his/her official supervisory and individual capacity (the last seven being fictitious designations.
>
> Defendants.

Based on the sworn representations of defendant, Police Chief Darren LaVigne, and the document production of defendant, City of South Amboy, it is hereby stipulated and agreed that all claims of plaintiffs, Mary Moe, whose initials are K.O., Jane Doe, whose initials are I.P., a minor by her guardian ad litem, K.O., and K.O. individually, as against only the defendants, City of South Amboy, Police Chief Darren LaVigne, Patrolman Robert Besner, and Sergeant Richard Wojaczyk be and hereby are voluntarily dismissed without prejudice, and with the understanding that the said defendants have agreed to waive any Statute of Limitations defense in the event that plaintiffs should seek to vacate the voluntary dismissal.

M. Moe et al. v. Township of Woodbridge et al.  Page 2
Stipulation of Dismissal Without Prejudice

Law Offices of Rosemarie Arnold
Attorneys for plaintiffs, Mary Moe, whose initials are K.O., Jane Doe, whose initials are I.P., a minor by her guardian ad litem, K.O., and K.O. individually

Dated:

By: _____
Natalie Zammitti Esq.
Zammitti Shaw

WEINER LAW GROUP LLP
Attorneys for defendants, Township of Woodbridge, Captain Roy Hoppock, Police Director Robert Hubner, Deputy Police Director Joseph Nisky, the City of South Amboy and Police Chief Darren Lavigne

Dated: 10/16/19

By: _____
Alan J. Baratz, Esq.
A Member of the Firm

DVORAK & ASSOCIATES
Attorneys for defendants, Woodbridge Detectives Juan Carlos Bonilla, Jr., Brian Jaremczak, Shayne Bodnar, Patrick Harris, Nicole Hubner and Patrolman Jeian Rastegarpanah, and South Amboy Sgt. Richard Wojaczyk and Patrolman Robert Besner

Dated: 10/16/19

By: _____
Marc D. Mory, Esq.