GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
PO Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
  State of New Jersey, Christine Norbut Beyer, M.S.W.

By: Brian Hunkins (017931982)
    Deputy Attorney General
    609-376-2790
    Brian.Hunkins@law.njoag.gov
    DOL# 19-01805

| | |
|---|---|
| KATIRIA ORTIZ [MARY MOE whose initials are K.O.], JANE DOE, whose initials are I. P., a minor by her Guardian ad Litem KATIRA ORTIZ [K.O.] and KATIRIA ORTIZ [K.O.], Individually<br><br>Plaintiffs<br><br>v.<br><br>TOWNSHIP OF WOODBRIDGE , its agents, servants and/or employees, DETECTIVE JUAN CARLOS BONILLA, JR., in his official and individual capacity, DETECTIVE BRIAN JAREMCZAK, in his official and individual capacity, DETECTIVE SHAYNE BODNAR, in his official and individual capacity, DETECTIVE PATRICK HARRIS, in his official and individual capacity, DETECTIVE NICOLE HUBNER, in her official and individual capacity, PATROLMAN JEIAN RASTEGARPANAH, in his official and individual capacity, CHIEF LAW ENFORCEMENT OFFICER CAPTAIN SCOTT KUZMA[ROY HOPPOCK] in his official supervisory and individual capacity, DEPUTY POLICE DIRECTOR JOSEPH NISKY, in his official supervisory and individual capacity, POLICE DIRECTOR ROBERT HUBNER, in his official supervisory and individual capacity, [CITY OF SOUTH AMBOY, its agents, servants and/or employees, PATROLMAN ROBERT BESNER, in his official and individual capacity, SARGEANT | HON. JOHN M. VAZQUEZ, U.S.D.J.<br><br>CIVIL ACTION NO.<br>2:19-CV-14139<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| RICHARD WOJACZYK, in his official and individual capacity, POLICE CHIEF DARREN LAVIGNE, in his official supervisory and individual capacity,] STATE OF NEW JERSEY, its agents, servants and/or employees, KEISHA RIDLY, in her official and individual capacity, JACQUELINE CARDONA, in her official supervisory and individual capacity, HAYDEE ZAMORA- DALTON, in her official supervisory and individual capacity, CARMEN DIAZ-PETTI, in her official supervisory and individual capacity, CHRISTINE NORBUT BEYER, in her official supervisory and individual capacity, ABC CORP. 1-10, POLICE OFFICER JOHN DOE 1-20, in his/her official and individual capacities, SUPERIOR POLICE OFFICER ROB ROE 1-10, in his/her official supervisory and individual capacity, DEF CORP 1-10, GHI CORP. 1-10, BOB BOE 1-10 in his/her official and individual capacities, SUPERVISOR PAULA POE 1-10 in his/her official supervisory and individual capacity (the last seven being fictitious designations)<br><br>Defendants | |

Brian Hunkins, Deputy Attorney General, hereby enters an appearance on behalf of Defendants State of New Jersey, Christine Norbut Beyer, M.S.W. in the within matter.

                                                      GURBIR S. GREWAL
                                                      ATTORNEY GENERAL OF NEW JERSEY

                                By: /s/  Brian Hunkins
                                   Brian Hunkins
                                   Deputy Attorney General