LAW OFFICES
# ROSEMARIE ARNOLD
THE PERSONAL INJURY CENTER



ROSEMARIE ARNOLD
SHERI A. BREEN
NATALIE A. ZAMMITTI SHAW
PAIGE R. BUTLER
FRANCESCA AIELLO-NICHOLAS
MARIA R. LUPPINO

DANIEL S. SUH
BRIAN A. KLEIN
NOVA DONA DAMOUNI
REIAH N. ETWAROO
WILLIAM R. STOLTZ
ARLENE M. PARRA
PAUL KRAUSS
DEBORAH A. MEGARR
SOO H. WOO

· NJ CERTIFIED CIVIL TRIAL ATTORNEY
  NJ MANAGING ATTORNEY
• NY MANAGING ATTORNEY
  ADMITTED IN CALIFORNIA
♦ ADMITTED IN NEVADA
· ADMITTED IN NEW YORK

April 3, 2020

**Via Efiling**
Hon. Joseph A. Dickson, U.S.M.J.
U.S. District Court – New Jersey
Martin Luther King, Jr., Federal Building
Newark, NJ 07102

SO ORDERED

*s/ Joseph A. Dickson*
Joseph A. Dickson, U.S.M.J.

Date: 4/6/20

    Re:    Ortiz, f/n/a Moe v. Twp. of Woodbridge, et al.
           Civil Action No.: 2:19-cv-14139
           Our File No.: 216355

Dear Judge Dickson:

We represent the Plaintiff, Katiria Ortiz, f/k/a Mary Moe, in connection with the above referenced matter. Presently there is a Discovery Order requiring the plaintiff to respond to a Motion on Monday, April 6, 2020.

At this time we would like to request a ten (10) day extension to file our response. This request is made with the consent of our adversaries.

Thank you for time and consideration of this request.

                                                Respectfully submitted,
                                                Law Offices of Rosemarie Arnold

                                                *Natalie A Zammitti Shaw*
                                                NATALIE ZAMMITTI SHAW

NZS/LL

1386 PALISADE AVENUE • FORT LEE, NJ 07024   T. 201.461.1111   F. 201.461.1666
825 THIRD AVENUE • 4TH FLOOR • NEW YORK, NY 10022   T. 212.883.8833

**PLEASE RESPOND TO OUR NEW JERSEY OFFICE**