LAW OFFICES
# ROSEMARIE ARNOLD
THE PERSONAL INJURY CENTER

ROSEMARIE ARNOLD
SHERI A. BREEN
NATALIE A. ZAMMITTI SHAW
PAIGE R. BUTLER
FRANCESCA AIELLO-NICHOLAS
MARIA R. LUPPINO

DANIEL S. SUH
BRIAN A. KLEIN
NOVA DONA DAMOUNI
REIAH N. ETWAROO
WILLIAM R. STOLTZ
ARLENE M. PARRA
DEBORAH A. MEGARR
COLLETTE VASSALLO
MENA R. FRANCIS
TATIANA SAMSONOVA-BELLO

NJ CERTIFIED CIVIL TRIAL ATTORNEY
NJ MANAGING ATTORNEY
NY MANAGING ATTORNEY
ADMITTED IN NEVADA
ADMITTED IN NEW YORK
ONLY ADMITTED IN NEW YORK



December 21, 2021

**<u>Via Efiling</u>**
Hon. Jessica S. Allen, U.S.M.J
United States District Court
District of New Jersey
Martin Luther King Jr. and U.S. Courthouse
Courtroom 2B
50 Walnut St.
Newark, NJ 07101

  Re: Katiria Ortiz, et al. v. Township of Woodbridge, et al.
  Civil Action No.: 2:19-cv-14139-JMV-JSA
  Date of Accident: June 21, 2018
  Our File No.:  216355

Dear Judge Allen:

As Your Honor is already aware we represent the plaintiffs in the above-captioned matter.

Presently, there is a Notice of Motion to Dismiss which was filed by the State defendants on December 17, 2021.  The responses and/or oppositions are due on Monday January 4, 2022.

Monday, December 20, 2021, and Tuesday, December 21, 2021, I have been out of the office sick and I will be on vacation from December 23, 2021, through January 4, 2022, and request a two (2) week adjournment of the date for responses and/or oppositions until January 18, 2022.

We have consent from Mr. Baratz, but have yet to hear back from Ms. Costello and Ms. Lempka.

Thank you for your attention to this matter.

1386 PALISADE AVENUE • FORT LEE, NJ 07024   T. 201.461.1111   F. 201.461.1666
555 MADISON AVENUE • 16TH FLOOR • NEW YORK, NY 10022   T. 212.883.8833

** PLEASE RESPOND TO OUR NEW JERSEY OFFICE **

                Respectfully submitted,
                LAW OFFICES ROSEMARIE ARNOLD

                NATALIE ZAMMITTI SHAW

NZS/LL
cc: All Counsel of Record (Via Efiling)