MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
 Kysha Ridly, Jacqueline Cardona, Haydee Zamora-Dalton, Carmen Diaz-Petti, and Christine Norbut Beyer, M.S.W.

By: Michael T. Moran (251732019)
    Deputy Attorney General
    609-376-3377
    Michael.Moran@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| KATIRIA ORTIZ, et al.,<br><br>　　　Plaintiffs,<br><br>　　　　v.<br><br>TOWNSHIP OF WOODBRIDGE,<br><br>　　　Defendants. | Hon. John Michael Vasquez, U.S.D.J.<br>　Hon. Jessica S. Allen, U.S.M.J.<br><br>Civil Action No. 19-14139 (JMV/JSA)<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**(Electronically Filed)** |

　　　The undersigned hereby consent to the substitution of Michael T. Moran, as attorney for Defendants Kysha Ridly, Jacqueline Cardona, Haydee Zamora-Dalton, Carmen Diaz-Petti, and Christine Norbut Beyer, M.S.W., in the above-captioned matter.

| | |
|---|---|
| MATTHEW J. PLATKIN<br>ACTING ATTORNEY GENERAL OF NEW JERSEY | MATTHEW J. PLATKIN<br>ACTING ATTORNEY GENERAL OF NEW JERSEY |
| /s/ Ashley L. Costello<br>Ashley L. Costello<br>Deputy Attorney General<br>Withdrawing Attorney | /s/ Michael T. Moran<br>Michael T. Moran<br>Deputy Attorney General<br>Superseding Attorney |