LAW OFFICES

# ROSEMARIE ARNOLD, LLP

THE PERSONAL INJURY CENTER



ROSEMARIE ARNOLD
SHERI A. BREEN
NATALIE A. ZAMMITTI SHAW
PAIGE R. BUTLER
FRANCESCA AIELLO-NICHOLAS
MARIA R. LUPPINO

DANIEL S. SUH
BRIAN A. KLEIN

NOVA DONA DAMOUNI
WILLIAM R. STOLTZ
ARLENE M. PARRA
DEBORAH A. MEGARR
COLLETTE V. BILINKAS
TATIANA SAMSONOVA-BELLO
CHRISTOPHER RIVERA
MENA H. IBRAHIM
GINA M. NICASIO
DAVID VENTOSO

* NJ CERTIFIED CIVIL TRIAL ATTORNEY
○ NJ MANAGING ATTORNEY
■ NY MANAGING ATTORNEY
△ CHIEF TRIAL PARTNER
♦ ADMITTED IN NEVADA
+ ADMITTED IN NEW YORK
∞ ONLY ADMITTED IN NEW YORK
■ SENIOR ASSOCIATE
□ COUNSEL

September 8, 2022

**Via Efiling**
Hon. Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
 & U.S. Courthouse
50 Walnut St., #4
Newark, NJ 07102

Re:   **Katiria Ortiz, et al. v. Township of Woodbridge, et al.**
      **Civil Action No.: 2:19-cv-14139**
      **Date of Accident: June 21, 2018**
      **Our File No.: 216355**

Dear Judge Allen:

As you are aware, we represent the plaintiffs in the above-referenced matter. I sought a response from defense counsel Alan Baratz, counsel for the Township of Woodbridge defendants, and Grace Lempka, Esq., counsel for the individual Woodbridge Defendants, prior to submitting this letter without an answer. Please accept the following as plaintiff's status report in anticipation of our conference scheduled for September 12, 2022.

The plaintiff's deposition was originally scheduled for August 24, 2022, at 9:00 am as agreed upon by all parties, and was adjourned by defense counsel Alan Baratz. The deposition of the plaintiff was then rescheduled for September 6, 2022, at 1:00 pm, but was adjourned because the plaintiff unfortunately had to vacate the residence she was renting that had been sold and where she is moving was not ready. Unfortunately, that left her currently living out of an Extended

1386 PALISADE AVENUE • FORT LEE, NJ 07024   T. 201.461.1111   F. 201.461.1666
555 MADISON AVENUE • 16TH FLOOR • NEW YORK, NY 10022   T. 212.883.8833

** PLEASE RESPOND TO OUR NEW JERSEY OFFICE **

Stay Hotel. Moreover, September 6, 2022, was the first day of high school for her daughter and she had to pick her up around 2:30 pm. The defendants, Officers Harris, Bonilla, Jarencizak and Hubner were scheduled for September 7, 2022, and Officer Rastegaraphah on September 8, 2022. All officer's depositions were adjourned by defense counsel because they want to conduct the plaintiff's deposition first.

I will be out of the country to move my daughter into college beginning on September 15th and not returning until September 21, 2022.

Counsel makes a joint request for a sixty (60) day extension to complete the party depositions, while extending the dates of the Amended Scheduling Order filed on July 21, 2022, accordingly.

Thank you for your consideration of the foregoing.

>Respectfully submitted,
>LAW OFFICE of ROSEMARIE ARNOLD
>
>*Natalie A. Zammitti Shaw*
>
>Natalie A. Zammitti Shaw

NZS/LL
cc: Alan Baratz, Esq. (Via Efiling)
    Grace Lempka, Esq. (Via Efiling)