# EXHIBIT "5"



Prepared by the Court

DEC 05 2013

Judge John A. Jorgensen

Katiria Pardo
Plaintiff

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION: FAMILY PART
COUNTY OF MIDDLESEX

v.

DOCKET NO.: FM-12-836-14D

Joshua Pardo
Defendant

CIVIL ACTION

FINAL JUDGMENT OF DIVORCE

THIS MATTER having come before the Honorable John A. Jorgensen JSC, in the presence of the Plaintiff, and default having been entered for Defendant; and Plaintiff having pleaded and proved a cause of action for divorce under the laws of the State of New Jersey. N.J.S.A. 2A:34-2; and it appearing that Plaintiff and Defendant were married, and jurisdiction having been acquired over the parties pursuant to N.J.S.A. 2A:34-10, 11 and/or 12, and findings of fact and conclusions of law having been placed on the record on December 5, 2013 and incorporated herein by reference;

IT IS on this 5th day December, 2013

1.    ORDERED that pursuant to the proofs in such case made and provided, the marriage between the parties be, and the same hereby is dissolved, and the parties are divorced from the bonds of matrimony; and it is further

2.    ORDERED no equitable distribution or other reliefs are sought.; and it is further

3.    ORDERED that a copy of this order shall be served upon all parties within 10 days of the date hereof.

Plaintiff [X]    Defendant [ ]

May assume the name of _____Ortiz_____

Date of Birth 11/26/86    Social Security # ***-**-3481

Honorable John A. Jorgensen, J.S.C.

Certified to be a true
copy of the original on
file in the Superior Court
Clerk's Office

Michelle M. Smith, Esq.
Clerk of Superior Court

https://mail.google.com/mail/u/0/?tab=rm&ogbl#inbox/FMfcgxwChJbnlZCfszpxClZfBcfvGzi?projector=1&messagePartId=0.1

6/12/2019

IMG_1066.jpg

1/2