# EXHIBIT "12"

Exhibit          P-6
Witness:  Det. Juan Carlos Bonilla, Jr.
Date:      2/6/23
Court Reporter:  Gail R. Brennan, CSR

**Superior Court**

**County of Middlesex**

**State of New Jersey**

FILED

JUN 1 3 2018

Judge Colleen M. Flynn

**State of New Jersey:**

**Affidavit**

**County of Middlesex**

Township of Woodbridge:

I, Detective Juan C. Bonilla Jr., being duly sworn according to law, upon my oath, deposes and says:

1.) I have been a law enforcement officer since June of 2008, when I was hired with the Woodbridge Police Department.  From July 2008 to Dec 2008, I attended and graduated from the 41st Basic Police Training Class conducted at the Somerset County Police Academy.  The training curriculum included course study in arrests, search and seizure, recognition and identification of narcotics and controlled dangerous substances, methods of distribution, packaging, and ingesting controlled dangerous systems, gang familiarization, use of force, criminal investigation, patrol concepts, criminal offenses including homicide, robbery, burglary, theft, sexual assault, arson, possession, recovery, and identification of stolen property, and motor vehicle violations.

2.) From December 2008 to September 2012, I was assigned to the Radio Patrol Division.  While assigned to the Radio Patrol Division, this officer made numerous arrests of persons for violations of the New Jersey Criminal Justice Code.  I was also responsible for investigating offenses including but not limited to burglary, theft, robbery, arson, assault, sexual assault and domestic violence.

Joshua Pardo/NJ Reg #X22JJN/NJ Reg #H71JKE                                    Page 1

WPD 0083

3.) On March 23rd, 2011 I attended the Transient Criminals & Gypsies Training Conference hosted by MAGLOCLEN at the Somerset County Police Academy in North Branch, NJ. This block of instruction covered topics such as home repair and imposter burglaries, American gypsy criminal activity, effective measures in dealing with transient criminals, and criminal investigations of organized transient criminals.

4.) From July 25, 2011 to July 27, 2011, I attended Pat McCarthy's Street Crimes Seminar at the Rutgers Public Safety Building in New Brunswick, NJ. This block of instruction covered topics such as drug investigation tactics, gang investigation, vehicle traps and hidden compartments, deadly force incidents, police ambush survival tactics, hostage negotiating, interview techniques, surveillance techniques for patrol, developing street sources and informants, and Homeland Security issues for police officers.

5.) On February 9, 2012, I attended the Drug Recognition: Understanding and Manufacturing Course conducted at the John H. Stamler Police Academy. This block of instruction covered identifying controlled dangerous substances and narcotics, street terminology, manufacturing, packaging, distribution, and pricing.

6.) From March 26th, 2012 to March 27th, 2012, I attended the Conducting Complete Traffic Stops Training Conference instructed by Sheriff Michael A Lewis in Blackwood, NJ. This block of instruction covered identifying criminal activity during the course of a traffic stop, roadside interview techniques, identification of hidden traps and compartments, court room testimony, report writing, officer safety issues, narcotic and controlled dangerous substance identification, packaging and trafficking techniques.

WPD 0084

7.) On September 4th, 2012, I was temporarily assigned to the Woodbridge Police Department Special Investigations Unit for a ninety day rotation working as a plain clothes officer detailed to major crimes and narcotic investigations.

8.) On September 10th and 11th, 2012 I attended the Patrol and Drug Interdiction Course instructed by Trooper Shaun Smart at the Monmouth County Police Academy in Freehold, NJ. This block of instruction covered suspicious indicators of persons operating motor vehicles, identifying criminal activity during the course of a traffic stop, vehicle approach techniques, officer safety issues, narcotic and controlled dangerous substance identification, packaging and trafficking techniques.

9.) On November 29th, 2012 I attended the Eyes for Lies: Tools To Spot Deception course presented by HIDTA at the New York DEA office. This block of instruction was taught by a professional deception and credibility expert who informed us how to spot reliable clues to deception.

10.) On December 4th, 2012 I was reassigned to the Woodbridge Police Radio Patrol Division.

11.) During the week of February 25th to March 1st, 2013 I attended the DWI Detection/ Standard Field Sobriety Testing Course taught by members of the New Jersey State Police. During this course of instruction, I learned about the effects drugs and/or alcohol have on drivers, indicators to look for while on the road, and how to properly perform sobriety tests to ultimately determine impairment.

12.) During the week of May 20th to May 23rd, 2013 I attended the Alcotest 7110 MKIII-C 4 Day Operator Certification Course taught by members of the New Jersey State Police. During this course of instruction, I learned how to operate the Alcotest 7110 MKIII-C and became a certified operator for the State of New Jersey.

13.) On July 16th, 2013 I was temporarily assigned to the Woodbridge Police Department Special Investigations Unit for a ninety day rotation working as a plain clothes officer detailed to major crimes and narcotic investigations.

14.) During the week of October 7th to October 9th, 2013 I attended the Tactical Interviewing Program taught by retired New Jersey State Police Lieutenant Jerry A. Lewis. During this course of instruction I learned several techniques to detect truthfulness or deception when interviewing persons.

15.) On November 6th, 2013 I was permanently assigned to the Woodbridge Police Department Special Investigations Unit as a detective. I am currently assigned to that unit working as a plain clothes detective detailed to major crimes and narcotic investigations.

16.) From November 12th to November 15th, 2013 I attended the Hyperdrive Narcotics Investigation course given by retired Ocean Township Lieutenant Joseph Pangaro at the Monmouth County Police Academy. During the course of instruction I learned about different aspects of a Narcotics Investigation such as, dealing with informants, determining what kind of case to run, controlled buys, hand to hand transactions, undercover buys, how to write a search warrant, raid planning, and execution, report writing, and court room testimony.

17.) On November 21st, 2013 I attended the Strategic Gang Operations course hosted by the Ocean County Prosecutor's Office at the Ocean County Police Academy. This course of instruction included topics such as, law enforcement strategies and prevention, gang assessment, gang documentation, gang suppression, and legal strategies that can be used against criminal gangs.

18.) During the week of December 9th to December 13th, 2013 I attended the HIDTA-I Advanced Narcotics Training Course given by members of NY/NJ HIDTA at the HIDTA Urban Tactical

WPD 0086

Village in Bronx, NY. During this course of instruction I learned about different aspects of drug/weapon investigations such as, dealing with confidential informants/sources, Buy and Bust Operations, interviewing persons, undercover investigations, search warrant executions, vehicle stops and takedowns, and courtroom testimony.

19.) On February 14th, 2014 I attended the Basic Drug Recognition Course for Police, Fire, and EMS hosted by MAGLOCLEN. This course of instruction of included topics of street drugs, human trafficking, the epidemic of Heroin overdoses, and tracking Heroin overdoses with the assistance of Fire and EMS.

20.) On April 15, 2014 I attended a New Jersey Narcotics Officers Association Seminar on Clandestine Laboratories. The training took place at the Middlesex County Fire Academy in Sayreville, N.J. The seminar concentrated on Methamphetamine clandestine laboratories and gave instruction on the following Methamphetamine manufacturing methods: "One Pot," "Red Phosphorus," and "Nazi" cooking. The seminar also gave information on MDMA and PCP laboratories.

21.) From June 2, 2014 to June 5, 2014 I attended the New Jersey Narcotics Enforcement Officers Association Training Conference. The Conference held seminars on the following topics: Synthetic Drug Threats, Mexican Drug Cartels (Background, Methods of Operation, and Current Updates) Heroin Tracking, Outlaw Motorcycle Gangs, Firearm Laws – State and Federal, Criminal Interdiction, Social Media Websites, and Street Development.

22.) From September 15, 2014 to September 26, 2014 I attended a two week Basic Narcotics School given by the United States Drug Enforcement Agency at the Monmouth County Police Academy. During this two week school I was instructed on several topics ranging from Drug Identification, Tactical Diversion, Concealed Vehicle Compartments, Clandestine Laboratories,

Social Media, Informant Development, Undercover Techniques, Financial Investigations, and other topics regarding Narcotics Investigations.

23.) On November 21, 2014 I attended a Strict Liability Death Investigation Course which was given by the Ocean County Prosecutor's Office in Toms River, New Jersey and presented by MAGLOCLEN. During this course the following topics were covered: how to investigate a strict liability death case, proper procedures for a thorough investigation involving an overdose, and drug identification.

24.) From February 24, 2015 to February 25, 2015 I attended the Street Survival Course hosted by Calibre Press. During this course of instruction the following topics were covered: Police Stress, Training Habits in Relation to Real Life Situations, Driving Habits, Police and Public Relations, Pre-Attack Indicators, Physical Fitness, and Patrol Functions.

25.) On March 20, 2015 I attended a course hosted by the J. Harris Academy of Police Training which gave an update and overview on Arrest, Search, and Seizure.

26.) On May 28th, 2015 I attended Introduction To Residential Concealment given by members of Palestra Group International Law Enforcement Training Group. During this course of instruction I learned of different areas in residences where illegal contraband can be hidden.

27.) From June 10th, 2015 to June 12th, 2015 I attended the Tactical Firearms Training Course given by the Middlesex County Prosecutor's Office. During this course of instruction I learned enhanced shooting skills and tactical utilization of my handgun. I was also taught about different shooting techniques, tactical shooting skills, strong and support hand shooting, sighted vs. unsighted shooting, engaging in multiple threats, shooting on the move using cover properly, standards drill, and understanding ballistics.

28.) On August 13th, 2015 I attended the Briefing In Brick City – Gang Identification & Investigation Tools. During this course of instruction an overview was given regarding the types of gangs in New Jersey and how active they are. We were shown identification procedures and different traits different gangs shared. Additionally, a topic was covered regarding the influence Hip Hop music has on gang culture and the hidden meanings behind lyrics.

29.) On October 29th, 2015 I attended a mandatory Strict Liability Death Investigation Course which was given by the Ocean County Prosecutor's Office in Sayreville, NJ and presented by MAGLOCLEN. During this course the following topics were covered: how to investigate a strict liability death case, proper procedures for a thorough investigation involving an overdose, and drug identification.

30.) From March 1st 2016 to March 2nd 2016, I attended a two day training course called "Narcotics Operations Undercover Operators Edition" instructed by the Palestra Group International, sponsored by NY/NJ HIDTA and hosted by the Drug Enforcement Administration – New York Field Division. In this training, I learned about confidential informants, operational plans, current narcotic terminology, street gang recognition, mid-level narcotics operations, firearms buys, undercover dress and speech, back-up officers' responsibilities, counter surveillance, cover story development, current packaging and pricing, and concealment.

31.) On April 19th, 2016 I attended the New Jersey Gangs Criminal Briefing class instructed by Corporal E.L. Santana of the Morris County Sheriff's Office at the Middlesex County Fire Academy in Sayreville, NJ, sponsored by MAGLOCLEN, the New Jersey Narcotic Enforcement Officers Association, and the County Narcotic Commanders Association. During this block of instruction I learned about the history of East and West Coast gangs, different ways to identify them (tattoos, colors, hand signs, etc.), and the business they conduct utilizing the drug trade.

Joshua Pardo/NJ Reg #X22JJN/NJ Reg #H71JKE                                    Page 7

32.) On June 20th, 2016, while at Woodbridge Police Headquarters, I attended a Webinar hosted by LA HIDTA which focused on the Dark Web. During this course of instruction I learned about what the Dark Web is, how to log onto the Dark Web, and also how to navigate through it. In addition, I learned about the ways people exploit the Dark Web in order to engage in illegal activity.

33.) On July 12th, 2016 I attended a Street Level Interdiction class hosted by Desert Snow. During this course of instruction I learned about drug trends and other crimes plaguing suburban, urban, and rural areas in New Jersey. Different tactics on how to combat these crimes were also discussed.

34.) On September 15th, 2016, I attended a one day training course on Drug and Toxicology Trends and Updates presented by NMS Labs. I learned about the current accepted methods for toxicology testing for driving under the influence cases, symptoms of impairment for driving under the influence of cannabis, central nervous system depressants, synthetic and designer drugs and as well symptoms of drug withdrawal. The presenters were Dr. Barry Logan Ph. D., F-ABFT; Vice President of Forensic Science Initiatives and Chief of Forensic Toxicology and Donna Papsun, M.S., D-ABFT-FT; Forensic Toxicologist.

35.) From September 16th to the 23rd 2016 I attended the Top Gun training course held at the Middlesex Fire Academy in Sayreville, NJ. During this course of instruction I learned about different topics such as gangs, drug trafficking, firearm trafficking, Narcotic Investigations, Undercover Narcotic/Firearm Investigations, Officer Survival, etc.

36.) On January 17th, 2017 I attended the Prescription Drug Diversion Investigations course which was given by Purdue Pharma and the Mid-Atlantic Foundation for Safety and Education and hosted by the Monmouth County Prosecutor's Office. During this course of instruction I

Joshua Pardo/NJ Reg #X22JJN/NJ Reg #H71JKE                              Page 8

learned about prescription pill identification, different sources of information regarding prescription pills and other drugs, and various ways to investigate prescription pill investigations.

37.) On June 1st, 2017 I attended a Basic GPS Surveillance class at the Bergen County Law & Public Safety Institute presented by Covert Track. During this course of instruction I learned about the basics of GPS Trackers and how to properly utilize them in investigations.

38.) From March 5th, 2018 to March 6th, 2018 I attended a two-day training course titled "Courtroom Testimony in Narcotics Cases" given by the Northeast Counterdrug Training Center. This course was designed to reiterate to those involved with investigative and enforcement activities that successful law enforcement initiatives do not end at the conclusion of an investigation, arrest, and/or issuance of a traffic citation. In fact, the investigation, arrest, or citation is only the beginning stage of many, in what appears to be a never-ending legal process.

39.) From April 9th, 2018 to April 13th, 2018 I attended the Undercover Narcotics Investigative Training school. During this course of instruction I learned about making undercover purchases of drugs, guns, etc., the tactics to become a good undercover officer, and the different types of lingos used in different parts of the state. Scenarios utilizing role players were conducted in order to hone undercover skills.

40.) This officer has continued attending in-service training on arrest, search and seizure, pursuit, active shooter, and use of force on a bi-yearly basis.

41.) This officer has been involved in a multitude of apprehensions for violations of acts that are cited in the New Jersey Comprehensive Drug Reform Act. These experiences have afforded me knowledge in the packaging, manufacturing, distribution, and use of controlled dangerous substances.

WPD 0091

42.) During the month of May 2018 your affiant received drug related information from a confidential informant, hereafter referred to as Informant A. Informant A stated that Joshua Pardo was selling Cocaine within Woodbridge Township. The aforementioned informant is previously untested however, your affiant has been able to confirm the information he/she has supplied through investigative means throughout this investigation.

43.) Mr. Pardo is a white male, approximately 5'8 in height, approximately 160 pounds, with black hair, and brown eyes. Attached to this affidavit is a photograph of Joshua Pardo from the New Jersey Motor Vehicle Commission database. Mr. Pardo's date of birth is November 7th, 19██ and his social security number is ████-6647. Mr. Pardo has an SBI number of 478454D and an FBI number of 83222HC7. Mr. Pardo's driver's license number is P0█████████. Mr. Pardo's motor vehicle history revealed an address of 300 Neville St. Perth Amboy, NJ 08861 however, during this investigation I have observed Mr. Pardo's vehicles, a beige Honda Accord 4-Door bearing NJ Registration ██████ and a black Toyota Highlander SUV bearing NJ Registration ██████ parked at 124 Adamecs Way South Amboy, NJ 08879. The aforementioned address is associated with Katiria M. Ortiz whom Mr. Pardo was arrested with during a past incident involving Narcotics sales within the Township of Woodbridge. On an arrest report from that incident, Ms. Ortiz gave her name as Katiria Pardo and indicated that she was married to Joshua Pardo. Attached to this affidavit is a copy of Ms. Ortiz' arrest report.

44.) A check of Mr. Pardo's criminal history revealed he was arrested on September 18th, 2005 in Perth Amboy for Possession of Marijuana Under 50 Grams (2C:35-10a(4)). Mr. Pardo was given a conditional discharge, assessed a fine of $155.00 and a term of one year in the diversion program. On April 28th, 2009 Mr. Pardo was arrested by the Woodbridge Police Department for Possession of CDS (2C:35-10a(1)), Possession of Marijuana Under 50 Grams (2C:35-10a(4)),

Distribution of CDS (2C:35-5), Possessing/Distributing CDS On or Near School Property

(2C:35-7), and Possession of Drug Paraphernalia (2C:36-2).  Mr. Pardo was found guilty of

Distribution of CDS and sentenced to 7 years in state prison, assessed a fine of $2,205, and had

his driver's license suspended for 6 months.  On May 26th, 2011 Mr. Pardo was arrested by the

Woodbridge Police Department for Money Laundering (2C:21-25) and Conspiracy to Distribute

CDS (2C:5-2).  Mr. Pardo was found guilty of Conspiracy to Distribute CDS (2C:5-2) and

sentenced to 3 years in state prison and assessed a fine of $155.  A check of Mr. Pardo's criminal

history also revealed an arrest in New York State on December 12th, 2004.  During this incident,

Mr. Pardo was arrested by the New York State Police for Possession of Marijuana over 25

Grams.  Mr. Pardo pled guilty to Unlawful Possession of Marijuana and assessed a fine of $50.

45.) Ms. Ortiz can be described as white female, approximately 5'7 in height, approximately 150

pounds, with brown eyes.  Attached to this affidavit is a photograph of Katiria Ortiz.  Ms. Ortiz'

date of birth is November 26th, 19█ and her social security number is ████3481. Ms. Ortiz

has an SBI number of 669612E and an FBI number of 775051LD0.  Ms. Ortiz' motor vehicle

history revealed an address of 124 Adamecs Way South Amboy, NJ 08879.

46.) It should be noted that during a previous check of Ms. Ortiz' motor vehicle history, her

address was listed as 211 Catherine St. South Amboy, NJ 08879.  A "Vigiliant" Vehicle

Detection Report prepared by the New Jersey State Police on both of Mr. Pardo's

aforementioned vehicles revealed they were commonly parked in the area of 211 Catherine St. in

South Amboy, NJ.  This report is a collection of the instances where the license plates belonging

to Mr. Pardo are read by the Automated License Plate Recognition system.

47.) A check of Ms. Ortiz' criminal history revealed that she was arrested on May 26th, 2011 in

Woodbridge for Endangering the Welfare of a Child (2C:24-4), Obstructing the Administration

of Law (2C:29-1), Resisting Arrest (2C:29-2), Possession of CDS (2C:35-10a(1)), and

Distribution of CDS (2C:35-5). All of Ms. Ortiz' charges were dismissed after she was entered

in and completed Pre-Trail Intervention. Ms. Ortiz was assessed a fine of $1,250.

48.) During the week of May 13th, 2018 this affiant met face to face with the aforementioned

confidential informant, who agreed to cooperate further in this investigation by making a

controlled purchase of Cocaine from Mr. Pardo at a predetermined location in Woodbridge

Township. Under circumstances generated by and under the control of the affiant, Informant A

was initially searched by your affiant to ensure that Informant A was not in possession of any

drugs, cash, or related contraband. Informant A contacted Mr. Pardo in my presence in order to

arrange a purchase of Cocaine and was successful. Informant A was provided with official

Woodbridge Police Department Currency, which was consistent with the quantity of Cocaine to

be purchased. From that point forward Informant A was kept in custody of or under the constant

surveillance of the Woodbridge Police Special Investigation Unit. Informant A was observed

awaiting the arrival of Mr. Pardo.

Mr. Pardo was observed driving a black colored Toyota Highlander which had a New Jersey

Registration number of ▮▮▮▮▮ and meeting with Informant A. Informant A and Mr. Pardo

were observed exchanging palm sized items. A short time later, Mr. Pardo left the area in the

Toyota. Informant A left the area and proceeded to a prearranged meet location and met with

this detective. Informant A immediately handed your affiant the quantity of Cocaine purchased

from Mr. Pardo. Informant A was then searched again to ensure that Informant A was not in

possession of any additional drugs, cash, or related contraband. Informant A was debriefed at

which time Informant A stated that they purchased the Cocaine from Mr. Pardo. The Cocaine

was transported to headquarters where it tested positive for the presumptive presence of Cocaine

WPD 0094

utilizing the Centice MFL-3000 Narcotics Identification System. The Cocaine was then secured in the Woodbridge Police evidence room.

49.) The vehicle Mr. Pardo was observed driving is a black colored Toyota Highlander bearing New Jersey Registration number ▆▆▆▆. An NCIC inquiry of that registration revealed that the registered owner is Joshua Pardo. The vehicle is described as a black SUV type 2017 Toyota Highlander with Vehicle Identification Number 5TDBZRFH7HS472947.

50.) While conducting surveillance on Mr. Pardo on May 17th, 2018 at approximately 1259 Hrs., he was observed conducting a hand to hand transaction on Amboy Ave. in Perth Amboy, NJ. During this incident, Mr. Pardo met with an unknown Hispanic Male who was utilizing a white Ford Econoline van bearing NJ Registration ▆▆▆▆ The unknown male was wearing a green polo style shirt and had a goatee. Mr. Pardo and the unknown Hispanic Male met on Amboy Ave., exchanged palm sized items, and went their separate ways. As to not jeopardize the ongoing investigation, I did not take action after observing the hand to hand transaction. The vehicle was registered to ▆▆▆▆▆▆LLC out of Edison, NJ.

51.) During the week of May 20th, 2018 this affiant met face to face with the aforementioned confidential informant, who agreed to cooperate further in this investigation by making a controlled purchase of Cocaine from Mr. Pardo at a predetermined location in Woodbridge Township. Under circumstances generated by and under the control of the affiant, Informant A was initially searched by your affiant to ensure that Informant A was not in possession of any drugs, cash, or related contraband. Informant A contacted Mr. Pardo in my presence in order to arrange a purchase of Cocaine and was successful. Informant A was provided with official Woodbridge Police Department Currency, which was consistent with the quantity of Cocaine to be purchased. From that point forward Informant A was kept in custody of or under the constant

surveillance of the Woodbridge Police Special Investigation Unit. Informant A was observed awaiting the arrival of Mr. Pardo.

Mr. Pardo was observed driving a beige colored Honda Accord 4-door which had a New Jersey Registration number of ▓▓▓▓ and meeting with Informant A. Informant A and Mr. Pardo were observed exchanging palm sized items. A short time later, Mr. Pardo left the area in the Honda. Informant A left the area and proceeded to a prearranged meet location and met with this detective. Informant A immediately handed your affiant the quantity of Cocaine purchased from Mr. Pardo. Informant A was then searched again to ensure that Informant A was not in possession of any additional drugs, cash, or related contraband. Informant A was debriefed at which time Informant A stated that they purchased the Cocaine from Mr. Pardo. The Cocaine was transported to headquarters where it tested positive for the presumptive presence of Cocaine utilizing the Centice MFL-3000 Narcotics Identification System. The Cocaine was then secured in the Woodbridge Police evidence room.

52.) The vehicle Mr. Pardo was observed driving is a beige colored Honda Accord bearing New Jersey Registration number ▓▓▓▓. An NCIC inquiry of that registration revealed that the registered owner is Joshua Pardo. The vehicle is described as a beige four-door 2005 Honda Accord with Vehicle Identification Number 1HGCM56435A101125.

53.) During the week of May 27th, 2018 this affiant met face to face with the aforementioned confidential informant, who agreed to cooperate further in this investigation by making a controlled purchase of Cocaine from Mr. Pardo at a predetermined location in Woodbridge Township. Under circumstances generated by and under the control of the affiant, Informant A was initially searched by your affiant to ensure that Informant A was not in possession of any drugs, cash, or related contraband. Informant A contacted Mr. Pardo in my presence in order to

arrange a purchase of Cocaine and was successful. Informant A was provided with official

Woodbridge Police Department Currency, which was consistent with the quantity of Cocaine to

be purchased. From that point forward Informant A was kept in custody of or under the constant

surveillance of the Woodbridge Police Special Investigation Unit. Informant A was observed

awaiting the arrival of Mr. Pardo.

Detectives Jaremczak and Herbert were set up in the area of 124 Adamecs Way in South

Amboy, NJ where both of Mr. Pardo's vehicles were parked and have been parked during the

course of this investigation. Mr. Pardo was observed exiting the apartment complex on Adamecs

Way which is the only way inside and out of the apartment complex. Mr. Pardo was observed

driving a black colored Toyota Highlander which had a New Jersey Registration number of

████ and later meeting with Informant A. Informant A and Mr. Pardo were observed

exchanging palm sized items. A short time later, Mr. Pardo left the area in the Toyota.

Informant A left the area and proceeded to a prearranged meet location and met with this

detective. Informant A immediately handed your affiant the quantity of Cocaine purchased from

Mr. Pardo. Informant A was then searched again to ensure that Informant A was not in

possession of any additional drugs, cash, or related contraband. Informant A was debriefed at

which time Informant A stated that they purchased the Cocaine from Mr. Pardo. The Cocaine

was transported to headquarters where it tested positive for the presumptive presence of Cocaine

utilizing the Centice MFL-3000 Narcotics Identification System. The Cocaine was then secured

in the Woodbridge Police evidence room.

54.) During the week of June 3rd, 2018 this affiant met face to face with the aforementioned

confidential informant, who agreed to cooperate further in this investigation by making a

controlled purchase of Cocaine from Mr. Pardo at a predetermined location in Woodbridge

---

Joshua Pardo/NJ Reg #X22JJN/NJ Reg #H71JKE                                    Page 15

Township. Under circumstances generated by and under the control of the affiant, Informant A was initially searched by your affiant to ensure that Informant A was not in possession of any drugs, cash, or related contraband. Informant A contacted Mr. Pardo in my presence in order to arrange a purchase of Cocaine and was successful. Informant A was provided with official Woodbridge Police Department Currency, which was consistent with the quantity of Cocaine to be purchased. From that point forward Informant A was kept in custody of or under the constant surveillance of the Woodbridge Police Special Investigation Unit. Informant A was observed awaiting the arrival of Mr. Pardo.

Detectives Jaremczak and Harris were set up in the area of 124 Adamecs Way in South Amboy, NJ where both of Mr. Pardo's vehicles were parked and have been parked during the course of this investigation. Mr. Pardo was observed exiting the area of the entrance to apartment 124 and entering a black colored Toyota Highlander which had a New Jersey Registration number of ████ and later meeting with Informant A. Informant A and Mr. Pardo were observed exchanging palm sized items. A short time later, Mr. Pardo left the area in the Toyota. Informant A left the area and proceeded to a prearranged meet location and met with this detective. Informant A immediately handed your affiant the quantity of Cocaine purchased from Mr. Pardo. Informant A was then searched again to ensure that Informant A was not in possession of any additional drugs, cash, or related contraband. Informant A was debriefed at which time Informant A stated that they purchased the Cocaine from Mr. Pardo. The Cocaine was transported to headquarters where it tested positive for the presumptive presence of Cocaine utilizing the Centice MFL-3000 Narcotics Identification System. The Cocaine was then secured in the Woodbridge Police evidence room.

---

Joshua Pardo/NJ Reg #X22JJN/NJ Reg #H71JKE                                Page 16

55.) This officer presented the above facts to Assistant Middlesex County Prosecutor Peter

Nastasi on June 6th, 2018. Assistant Prosecutor Nastasi then gave this officer permission to

present this affidavit to a Superior Court Judge.

56.) With the facts presented above I am requesting a search warrant for the person of Joshua

Pardo. Mr. Pardo is a white male, approximately 5'8 in height, approximately 160 pounds, with

black hair, and brown eyes. Mr. Pardo's date of birth is November 7th, ███ and his social

security number is ██████6647. Mr. Pardo has an SBI number of 478454D and an FBI number

of 83222HC7. Mr. Pardo's motor vehicle history revealed an address of 300 Neville St. Perth

Amboy, NJ 08861. Mr. Pardo's driver's license number is P0████████████.

57.) I am also requesting a search warrant for the vehicle described as a black colored Toyota

Highlander bearing New Jersey Registration number ██████ An NCIC inquiry of that

registration revealed that the registered owner is Joshua Pardo. The vehicle is described as a

black SUV type 2017 Toyota Highlander with Vehicle Identification Number

5TDBZRFH7HS472947.

58.) I am also requesting a search warrant for the vehicle described as a beige colored Honda

Accord bearing New Jersey Registration number ██████ An NCIC inquiry of that registration

revealed that the registered owner is Joshua Pardo. The vehicle is described as a beige four-door

2005 Honda Accord with Vehicle Identification Number 1HGCM56435A101125.

59.) I am also requesting a search warrant for the premises of 124 Adamecs Way South Amboy,

NJ 08879 to include the entire premises including all rooms, basements, attics, crawl spaces,

storage sheds, garages, safes, lock boxes, and all areas of concealment located therein.

Surveillance has put both of Mr. Pardo's vehicles at this address.

60.) 124 Adamecs Way South Amboy, NJ can be described as an apartment complex with multiple apartments. There are spaces for vehicles underneath the building and doors with numbers affixed next to it to identify the apartments. There are several balconies visible with a white railing above the parking spaces. The outside of the apartment is a light peachy color made with stucco material and there are multiple windows with white frames. Additionally, there is light colored vinyl siding on parts of the apartment building. The door of 124 Adamecs Way South Amboy, NJ 08879 is a reddish color and has the number 124 affixed to the left side of it. To the left of the door of 124 Adamecs Way South Amboy, NJ 08879 there is a black wire cage and a wooden picture of an anchor. Attached to this affidavit is a photograph of the Adamecs Way apartment complex and the door leading to apartment 124.

61.) The search is for a controlled dangerous substance, namely Cocaine, which in possession is a violation of New Jersey Statutes 2C:35-10a(1) and 2C:35-5 for the possession of a controlled dangerous substance with the intent to distribute. This is also for all book, ledgers, papers, scales, monies, paraphernalia, cell phones, computers, devices, and weapons which may be utilized in violation of the above listed statutes. And for all papers and/or documents pertaining to the ownership, occupancy, or possession of the subject premise.

62.) Through my training and experience during narcotic investigations with other agencies, I have learned and observed that often times individuals that are involved in the use and distribution of controlled dangerous substances will conceal and confine the distribution of controlled dangerous substances to a small area within the residence or property and will hide larger quantities of controlled dangerous substances throughout the residence and property to include the exterior area of the property to avoid detection by police. The controlled dangerous substance is typically packaged in a manner that allows the distributor the opportunity to hide

and conceal it anywhere within or around the structure where the distribution takes place. During investigations conducted by the Woodbridge Police Department Special Investigations Unit during the execution of search warrants, we have found controlled dangerous substances hidden and secreted, but not limited to, other family members' rooms and other individuals with whom the suspect cohabitates. Controlled dangerous substances have been located throughout other rooms within a residence to include other bedrooms, kitchens, bathrooms, and common living areas. During the execution of search warrants for controlled dangerous substances, controlled dangerous substances have been found in closets, basements, ceilings, sheds, garages, crawl spaces, laundry rooms, toolboxes, lock boxes, safes, porches, exterior porches, motor vehicles parked on the property, including backyards and front yards. Controlled dangerous substances and proceeds to include monies have also been located in clothing inside closets and dirty wash containers. Controlled dangerous substances have also been located in refrigerators, freezers, and food containers with the use of stash containers and normally purchased food items. Therefore I am respectfully requesting a search warrant for the entire subject's premises and any area contained within the curtilage of the property.

63.) I am requesting this search warrant be made available for my immediate execution from (4) AM to (1) AM for a ten (10) day period. I am requesting the search warrants on a "KNOCK AND ANNOUNCE" basis.

64.) I am also requesting authorization to search any individuals entering, exiting, or present at the target premise who are reasonably believed to be involved in this investigation.

65.) Based on the circumstances, these warrants are needed to gather evidence regarding the possession and distribution of controlled dangerous substances, specifically Cocaine.

WPD 0101

66.) In the event that that any evidence is found and seized it shall be brought before this court together with such relief that the court may deem proper.

_____
Detective Juan Carlos Bonilla Jr. #535

Sworn and subscribed to before me
this _13th_ day of _June_, _2018_
_____
Judge, Superior Court
County of Middlesex
State of New Jersey

COLLEEN M. FLYNN, J.S.C.