# EXHIBIT "13"

**Exhibit P-4**
Witness: Det. Juan Carlos Bonilla, Jr.
Date: 2/6/23
Court Reporter: Gail R. Brennan, CSR

FILED

JUN 13 2018

STATE OF NEW JERSEY }
COUNTY OF MIDDLESEX }   SS    **SEARCH WARRANT**

1. This matter being opened TO THE Court by <u>Detective Juan Carlos Bonilla Jr. #535</u> on application for the issuance for a search warrant for the ☒ premises, ☐ person, ☐ vehicle described below, ☐ other described below, and the Court having reviewed the ☐ affidavit, ☐ testimony under oath, of the said <u>Above Listed Detective</u> _____, and being satisfied therefrom that located therein or thereon is evidence of violations of the New Jersey Statutes, to wit:

2C:35-10(A)(1) Possession of a Controlled Dangerous Substance to wit: Cocaine
2C:35-5 Possession of a Controlled Dangerous Substance to wit: Cocaine, With the Intent to Distribute and all books, papers, ledgers, scales, monies, paraphernalia, cellular phones, and any weapons, which may be utilized in violation of the above listed statutes and for all papers documents pertaining to the ownership occupancy or possession of the subject premise.

And that probable cause exists for the issuance of such warrant(s).

2. You are hereby authorized to search the ☒ premises described below, ☐ person described below, ☐ vehicle described below, ☐ other described below, and to serve a copy of this warrant on such person in charge or control of such premises.

3. You are hereby ordered, in the event you seize any of the aforedescribed contraband, to give a receipt for the property so seized to the person from whom it was taken or in whose possession it was found, or in the absence of such person to leave a copy of this warrant together with such receipt in or upon the said premises from which the property is taken.

4. You are hereby authorized to enter the premises described below ☒ with, ☐ without, ☐ not applicable, first knocking and identifying the officers as police officers and the purpose for being at the premises, if applicable.

5. You are further authorized to execute this warrant between the hours of __4 AM__ and __11 AM__ within then ten (10) days from the issuance hereof, and thereafter to forthwith make prompt return to me with a written inventory of the property seized thereunder.

6. The following is a description of the ☒ premises, ☐ person, ☐ vehicle, ☐ other _____ to be searched:

124 Adamecs Way South Amboy, NJ can be described as an apartment complex with multiple apartments. There are spaces for vehicles underneath the building and doors with numbers affixed next to it to identify the apartments. There are several balconies visible with a white railing above the parking spaces. The outside of the apartment is a light peachy color made with stucco material and there are multiple windows with white frames. Additionally, there is light colored vinyl siding on parts of the apartment building. The door of 124 Adamecs Way South Amboy, NJ 08879 is a reddish color and has the number 124 affixed to the left side of it. To the left of the door of 124 Adamecs Way South Amboy, NJ 08879 there is a black wire cage and a wooden picture of an anchor.

7. Given and issued under my hand at _New Brunswick_, Middlesex County, New Jersey, at __905__ o'clock, _A_.M., this __13__ day of __June__, 20_18_.

_____
JUDGE OF THE SUPERIOR COURT
COLLEEN M. FLYNN, J.S.C.