

### LAW OFFICES
# ROSEMARIE ARNOLD, LLP
#### THE PERSONAL INJURY CENTER

ROSEMARIE ARNOLD
PAIGE R. BUTLER
FRANCESCA AIELLO-NICHOLAS
DANIEL S. SUH
NOVA DONA DAMOUNI
MENA H. IBRAHIM

MELISSA PEACE TOMAINO
WILLIAM R. STOLTZ
HANNAH E. BACON
ALYSSA M. MORO
EVA SIGNORE
JENNIFER JOO
COLLETTE V. BILINKAS
DANIELLE MASTROPIERO
CHRISTOPHER RIVERA
DAVID VENTOSO
MARK NIEDZIELA
JASON BONICA
TRISTAN D. WANATICK

• NJ CERTIFIED CIVIL TRIAL ATTORNEY
• MANAGING ATTORNEY
☐ SENIOR ASSOCIATE
♦ ADMITTED IN NEVADA
+ ADMITTED IN NEW YORK
▲ ADMITTED IN PENNSYLVANIA
■ ADMITTED IN WASHINGTON, D.C.

March 19, 2025

**Via eCourts**
Hon. Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut St., #4
Newark, NJ 07102

Re:   Our File/Case: Katiria Ortiz, et al. v. Township of Woodbridge, et al.
        Civil Action No.: 2:19-cv-14139
        Our File No.:  216355

Dear Judge Allen:

As you are aware we represent the plaintiffs in the above captioned matter. As you are also aware, this matter has been settled as to all the defendants.

We are in receipt of your sixty (60) Day Order Administratively Terminating Action filed January 16, 2025.  The Order states that within sixty (60) days the parties shall file all papers necessary to dismiss this action.

On February 27, 2025, we received correspondence from the defendant, Township of Woodbridge notifying us of a meeting of the Commissioners of the Central Jersey Joint Insurance Fund on March 18, 2025, to approve the settlement. (Copy attached for your review)

Based on the foregoing, we would like to request a thirty (30) day extension to provide the dismissal paperwork to the Court.

Thank you for your consideration in this regard.

                                          Respectfully submitted,
                                          Law Offices of Rosemarie Arnold, LLP

                                          *Paige R. Butler*
                                          Paige R. Butler

PRB/LL
Encl.
cc: Alan Baratz, Esq.
    Grace Lempka, Esq.

1386 PALISADE AVENUE • FORT LEE, NJ 07024  T. 201.461.1111  F. 201.461.1666
555 MADISON AVENUE • 16TH FLOOR • NEW YORK, NY 10022  T. 212.883.8833

** PLEASE RESPOND TO OUR NEW JERSEY OFFICE **