Alan J. Baratz, Esq.
Attorney I.D. No: 031451982
**WEINER LAW GROUP LLP**
629 Parsippany Road, P.O. Box 438
Parsippany, NJ 07054-0438
Phone: (973) 403-1100    Fax: (973) 403-0010
Attorneys for defendants, Township of Woodbridge, Captain Scott Kuzma, Police Director Robert Hubner, and Deputy Police Director Joseph Nisky
Our File No: 88742

5204587v1  88742 stip of voluntary dismissal ajb 1-16-2025

| | |
|---|---|
| KATIRIA ORTIZ, MARY MOE whose initials are K.O., JANE DOE, whose initials are I.P., a minor by her Guardian ad Litem KATIRIA ORTIZ, K.O. and KATIRIA ORTIZ, K.O., Individually,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF WOODBRIDGE, its agents, servants and/or employees, DETECTIVE JUAN CARLOS BONILLA, JR., in his official and individual capacity, DETECTIVE BRIAN JAREMCZAK, in his official and individual capacity, DETECTIVE SHAYNE BODNAR, in his official and individual capacity, DETECTIVE PARTRICK HARRIS, in his official and individual capacity, DETECTIVE NICOLE HUBNER, in her official and individual capacity, PATROLMAN JEIAN RASTEGARPANAH, in his official and individual capacity, CHIEF LAW ENFORCEMENT OFFICER CAPTAIN SCOTT KUZMA, ROY HOPPOCK in his official supervisory and individual capacity, DEPUTY POLICE DIRECTOR JOSEPH NISKY, in his official supervisory and individual capacity, POLICE DIRECTOR ROBERT HUBNER, in his official supervisory and individual capacity, et al,<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION No: 2:19-cv-14139<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

WEINER LAW
GROUP LLP
*Attorneys at Law*
629 Parsippany Road
P. O. Box 438
Parsippany, NJ
07054-0438

973-403-1100

It is hereby stipulated and agreed that all claims of plaintiffs, KATIRIA ORTIZ, MARY MOE whose initials are K.O., JANE Doe, whose initials are I.P., a minor by her Guardian Ad Litem KATIRIA ORTIZ, K.O. and KATIRIA ORTIEZ, K.O., Individually, as pled against defendants, Captain Scott

Kuzma, Police Director Robert Hubner, Deputy Police Director Joseph Nisky, Detective Brian Jaremczak, Detective Shayne Bodnar, Detective Patrick Harris, Detective Nicole Hubner, Patrolman Jeian Rastegarpnah and Detective Juan Carlos Bonilla, Jr., be and hereby are voluntarily dismissed with prejudice, and without costs to any party.

Law Offices of Rosemarie Arnold
Attorneys for plaintiffs, Mary Moe, whose initials are K.O., Jane Doe, whose initials are I.P., a minor by her guardian ad litem, K.O., and K.O. individually

Dated: February 17, 2025

By: *Rosemarie Arnold*
Rosemarie Arnold, Esq.

WEINER LAW GROUP LLP
Attorneys for defendants, Township of Woodbridge, Captain Scott Kuzma, Police Director Robert Hubner and Deputy Police Directory Joseph Nisky

By: _____
Alan J. Baratz, Esq.
A Member of the Firm

Dated: 3/28/25

DVORAK & ASSOCIATES
Attorneys for defendants, Detective Brian Jaremczak, Detective Shayne Bodnar, Detective Patrick Harris, Detective Nicole Hubner, Patrolman Jeian Rastegarpnah and Detective Juan Carlos Bonilla, Jr.

By: _____
Lori A. Dvorak, Esq.

Dated: 3/28/25

WEINER LAW
GROUP LLP

Attorneys at Law

629 Parsippany Road
P. O. Box 438
Parsippany, NJ
07054-0438

973-403-1100